UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 25-cv-10829-JD

STATEMENT OF ISSUES ON APPEAL

Appellant appeals from the Order entered December 3, 2025, and presents the following issues:

1. Whether the Bankruptcy Court violated due process by relying on factual representations presented solely by counsel whose conduct and compensation were at issue, without independent findings or evidentiary support.

2. Whether the Court erred by adopting an order drafted by Miller Nash LLP concerning matters in which that firm had a direct financial and reputational interest.

3. Whether the Court erred in finding that Appellant abandoned the case or consented to settlement where the record shows Appellant was excluded from proceedings and no valid settlement agreement existed.

4. Whether the Court abused its discretion by denying Appellant repeated requests for time to secure new counsel while permitting opposing parties extended time to reformulate their claims.

5. Whether the Court erred in approving or enforcing actions affecting Appellant's judgment and estate without informed consent or lawful authority.

Dated: January 6, 2026

Jinnie Jinhuei Chang Chao
Appellant, Pro Se