FILED

JAN 09 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 25-cv-10829-JD

NOTICE REGARDING TRANSCRIPT ORDER

Appellant hereby notifies the Court that she has requested the official transcript of the November 24, 2025 hearing from the Bankruptcy Court and/or its transcription service. Appellant will supplement the record upon receipt of the transcript.

Dated: January 6, 2026

*[signature]*

Jinnie Jinhuei Chang Chao
Appellant, Pro Se