

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**January 27, 2026**

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building &
United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

District Court Appeal Number:

**25-cv-10829-JD**

**Re: Transmission of Document(s) on Appeal:**

**Jinnie Jinhuei Chang Chao; 15-31519; Judge Dennis Montali**

Dear Clerk:

We are transferring the following document(s) to your Court for the above referenced appeal:

Appellee Designation of Contents for Inclusion in Record of Appeal

If you have any questions, please contact me at **(888) 821-7606**                .

Edward Emmons, Clerk
United States Bankruptcy Court

By: _/s/ Norma Ortiz_

Norma Ortiz,     Deputy Clerk