United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re
JINNIE JINHUEI CHANG CHAO ,
Debtor.

Case No. 25-cv-10829-JD

**ORDER TO SHOW CAUSE**

Pro se appellant Chao filed a notice of appeal of a bankruptcy court decision in December 2025. Dkt. No. 1. A scheduling order was issued in December 2025, and records were transmitted from the bankruptcy court in January 2026. *See* Dkt. Nos. 2, 7, 8.

Nothing has happened since then. Chao did not file a principal brief and has not otherwise communicated with the Court about the appeal. Overall, Chao has not complied with the scheduling order or the rules governing bankruptcy appeals. *See* Fed. R. Bankr. P. 8001 *et seq*.

Consequently, Chao is directed to show cause in writing by October 9, 2026, why the appeal should not be dismissed. The case will be administratively closed pending further order.

**IT IS SO ORDERED.**

Dated: September 22, 2026

JAMES DONATO
United States District Judge